**[J-71-2023]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 24 MAP 2023 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Superior Court at No. 2099 EDA |
| | : | 2021 dated June 28, 2022, |
| v. | : | reconsideration denied August 31, |
| | : | 2022, affirming the Judgment of |
| | : | Sentence entered September 20, |
| JEFF DOBSON, | : | 2021 in the Delaware County Court |
| | : | of Common Pleas, Criminal Division, |
| Appellant | : | at No. CP-23-CR-0001612-2019. |
| | : | |
| | : | ARGUED: November 30, 2023 |

**ORDER**

**PER CURIAM**                    **DECIDED: January 8, 2024**

**AND NOW,** this 8th day of January, 2024, the Court being evenly divided, the order of the Superior Court is **AFFIRMED**.

Justice Wecht files an opinion in support of reversal.